UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DAWN ARMER

CASE NO. 22-cv-2306

-vs-

JUDGE DRELL

SAFECO INSURANCE CO OF OREGON

MAGISTRATE JUDGE PEREZ-MONTES

### JUDGMENT OF DISMISSAL

The court having been advised of the settlement of the claims existing among the parties and their joint desire to close this litigation, it is hereby

ORDERED, ADJUDGED and DECREED that all claims in the above-captioned suit are DISMISSED WITH PREJUDICE with the right, upon good cause shown within SIXTY (60) DAYS to reopen the suit if settlement is not consummated.

THUS DONE AND SIGNED at Alexandria, Louisiana this 26 day of September 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT